The People of the State of New York, Respondent,
against
Donee Smith, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Neil E. Ross, J.), rendered February 25, 2013, after a jury trial, convicting her of attempted assault in the third degree, and imposing sentence.




Per Curiam.
Judgment of conviction (Neil E. Ross, J.), rendered February 25, 2013, affirmed.
Defendant's challenge to the sufficiency of the evidence supporting her conviction for attempted assault in the third degree is unpreserved for appellate review, as her motion to dismiss was not specifically directed at the deficiency now raised on appeal (see People v Gray, 86 NY2d 10, 19 [2014]), and we decline to review it in the interest of justice. As an alternative holding, we reject it on the merits. We also find that the verdict was not against the weight of the evidence (see People v Danielson, 9 NY3d 342, 348—349 [2007]). There is no basis for disturbing the jury's credibility determinations. The evidence amply supported the inference that when defendant punched the complainant in the back of her head, defendant did so with intent to cause physical injury (see Penal Law 120.00[1]; Matter of Edward H., 61 AD3d 473, 473 [2009]; Matter of Keene J., 253 AD2d 679 [1998]; Matter of Marcel F., 233 AD2d 442 [1996].
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: April 17, 2017